## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-CR-36 |
| | : | |
| | : | Judge Walter H. Rice |
| v. | : | |
| | : | |
| DELAMAR THOMAS, | : | **<u>ORDER</u>** |
| | : | |
| Defendant. | : | |

This matter is before the Court on Defendant's Motion to file under seal, Defendant's

Motion to Revoke Bond.   The Court finds Defendant's Motion to be well taken and grants same.

Wherefore, Defendant's Motion to Revoke Bond in the above captioned matter is hereby Ordered

to be filed under seal.

 

_____

Walter H. Rice, Judge
United States District Court

Date:_____