IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

       vs.

DELAMAR THOMAS,

            Defendant.

:

:

:

:

:

Case No.   3:17cr36

JUDGE WALTER H. RICE

---

DECISION AND ENTRY REVOKING DEFENDANT'S BOND AND
REMANDING HIM TO CUSTODY; RIGHT OF APPEAL EXPLAINED AND
UNDERSTOOD; DECISION AND ENTRY OVERRULING DEFENDANT'S
MOTION TO REVOKE DETENTION ORDER PURSUANT TO 18 U.S.C.
§3145(b)

---

On March 16, 2018, at the conclusion of an oral and evidentiary hearing in open Court,

the Defendant's bond, set on February 24, 2017, and met on February 27, 2017, was revoked and

he was remanded to the custody of the United States Marshals to be held pending his sentencing

set for May 9, 2018. His right of appeal was explained to and understood by him.

On April 6, 2018, the Defendant filed a Motion to Revoke the above mentioned

Detention Order (Doc. #53). Said motion is OVERRULED. Not only did Defendant relate a

story to the Pretrial Services Officer, Patrick Kennedy, explaining how his location monitoring

transmitter was cut, a story refuted by common sense, but also by one's looking at the strap in

question which clearly showed that same had been cut, rather than snagged on a chair and torn in

that manner. In addition, his mother took the witness stand and told a very similar story that was

likewise false.

The fact that Defendant has now admitted, in a letter transmitted to the Court, that he cut his ankle monitor does not belie the fact that he lied to the Pretrial Services Officer and that his mother, with whom he is to live if released, also was far less than truthful on the witness stand.

Accordingly, the Defendant's Motion to Revoke his Detention Order (Doc. #53) and release him, pending sentencing, to live with his mother, is OVERRULED.

April 18, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
U.S. Marshal
Patrick Kennedy, USPO