IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DELAMAR THOMAS,

   Defendant.

Case No. 3:17cr36

JUDGE WALTER H. RICE

ORDER GRANTING DEFENDANT FURLOUGH FOR LIMITED PURPOSE

It is the order of this Court that Defendant be furloughed from the Butler County Jail at 9:00 a.m. on Friday, October 4, 2019 to be transported by his mother, Markita Vaughn, whose phone number is 937-877-7576, directly to House of Wheat Funeral Home, to attend the funeral of his grandmother, Aloetta Vaughn, which is scheduled to begin at 11:00 a.m. Markita Vaughn is then to return Delamar Thomas to the Butler County Jail, not later than 5:00 p.m. on the aforesaid, October 4, 2019. It is the request of this Court that the personnel at the Butler County Jail do all in their power to facilitate the carrying out of this Order.

October 2, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Butler County Jail

-1-